IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RETURN ON INTELLIGENCE, LTD. | : | CIVIL ACTION |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| GREGORY SHENKMAN, | : | |
| Defedant. | : | No. 16-0317 |

**O R D E R**

**AND NOW**, this 2nd day of August, 2017, upon consideration of Defendant Gregory Shernkman's Motion to Dismiss for Lack of Subject Matter Jurisdiction, Lack of Personal Jurisdiction, and Lack of Proper Venue, Plaintiffs' response, and supplemental filings, **I HEREBY ORDER** that Defendant's motion is **GRANTED**. Plaintiffs' complaint is **DISMISSED**.

                                                                      */s J. William Ditter, Jr.*
                                                                       J. WILLIAM DITTER, JR., J.